UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey  07081
(973) 218-6877
Angela Nascondiglio Stein, Esq.
anstein@middlebrooksshapiro.com

**Order Filed on July 30, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

In Re:

JAIME MASON BEADY,

Chapter 13 Debtor.

Case No.:     19-11051-SLM

Chapter:            13

Judge:        Stacey L. Meisel

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 30, 2019**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___February 4, 2019___ :

Property:    305 Main Street, Millburn, NJ 07041

Creditor:    Selene Financing LP

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ___Debtor___, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___10/25/2019___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2