| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>MIDDLEBROOKS SHAPIRO, P.C.<br>841 Mountain Avenue, First Floor<br>Springfield, New Jersey  07081<br>(973) 218-6877<br>Angela Nascondiglio Stein, Esq.<br>anstein@middlebrooksshapiro.com | **Order Filed on October 29,<br>2019 by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey** |

| | | |
|---|---|---|
| In Re:<br><br>JAIME MASON BEADY,<br><br>Chapter 13 Debtor. | Case No.:<br>Chapter:<br>Judge: | __19-11051-SLM__<br>__13__<br>__Stacey L. Meisel__ |

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 29, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __February 4, 2019__ :

Property: 305 Main Street, Millburn, NJ 07041

Creditor: Selene Financing LP

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by __Debtor__, and for good cause shown

- ❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __1/24/2020__ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2