| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>―――――――――――――――――<br>MIDDLEBROOKS SHAPIRO, P.C.<br>841 Mountain Avenue, First Floor<br>Springfield, New Jersey  07081<br>(973) 218-6877<br>Angela Nascondiglio Stein, Esq.<br>anstein@middlebrooksshapiro.com | **Order Filed on October 29, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey** |
| In Re:<br>JAIME MASON BEADY,<br>Chapter 13 Debtor. | Case No.:    19-11051-SLM<br>Chapter:         13<br>Judge:    Stacey L. Meisel |

**ORDER RESPECTING REQUEST FOR EXTENSION**
**OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 29, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___February 4, 2019___ :

Property:   305 Main Street, Millburn, NJ 07041

Creditor:   Selene Financing LP

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ___Debtor___, and for good cause shown

- ❏ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___1/24/2020___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Jaime Mason Beady  
    Debtor

Case No. 19-11051-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 29, 2019  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2019.  
db        +Jaime Mason Beady,   305 Main Street,   Millburn, NJ 07041-1124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2019 at the address(es) listed below:  
        Jessica M. Minneci   on behalf of Debtor Jaime Mason Beady jminneci@middlebrooksshapiro.com  
        Kevin Gordon McDonald   on behalf of Creditor   U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
        Melinda D. Middlebrooks   on behalf of Debtor Jaime Mason Beady middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
    TOTAL: 5