Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  19−11051−SLM
        Chapter:  13
        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jaime Mason Beady
   305 Main Street
   Millburn, NJ 07041

Social Security No.:
   xxx−xx−7006

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 1/22/20 at 10:00 AM

to consider and act upon the following:

**45** − Motion to Approve Loan Modification with VRMTG Asset Trust serviced by Selene Finance, LP Filed by Angela Nascondiglio Stein on behalf of Jaime Mason Beady. Objection deadline is 01/10/2020. (Attachments: # 1 Application # 2 Certification # 3 Proposed Order # 4 Certificate of Service) (Stein, Angela)

**46** − Objection to Motion to Approve Loan Modification (related document:45 Motion to Approve Loan Modification with VRMTG Asset Trust serviced by Selene Finance, LP Filed by Angela Nascondiglio Stein on behalf of Jaime Mason Beady. Objection deadline is 01/10/2020. (Attachments: # 1 Application # 2 Certification # 3 Proposed Order # 4 Certificate of Service) filed by Debtor Jaime Mason Beady) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 1/2/20

                                                  Jeanne Naughton
                                                  Clerk, U.S. Bankruptcy Court