Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 19−11051−SLM
    Chapter: 13
    Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jaime Mason Beady
    305 Main Street
    Millburn, NJ 07041

Social Security No.:
    xxx−xx−7006

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:    2/18/20
Time:    02:30 PM
Location:    Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Middlebrooks Shapiro, P.C., Debtor's Attorney,

COMMISSION OR FEES
$2,546.00

EXPENSES
$5.25

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured
           creditors under the plan.

    ☑    will reduce the amount to be paid to general unsecured
           creditors under the plan as follows: Will reduce pot plan by $2,551.25 to pay administrative expense through Chapter 13 Plan.

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 22, 2020
JAN:

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-11051-SLM
Jaime Mason Beady                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 1           Date Rcvd: Jan 22, 2020
                            Form ID: 137           Total Noticed: 11

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2020.
db             +Jaime Mason Beady,    305 Main Street,    Millburn, NJ 07041-1124
517974147       American Education Services,    Payment Center,    Harrisburg, PA 17130-0001
517975773      +Christoper M. Beady,    305 Main Street,    Millburn, NJ 07041-1124
517974151      +Pluese, Becker & Saltzman, LLC,    Attorneys at Law,    20000 Horizon Way,    Suite 900,
                 Mount Laurel, NJ 08054-4318
517974150     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   NJ Division of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245)
517974152       Selene Financing LP,    Attn: Customer Service,    P.O. Box 422039,    Houston, TX 77242-4239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2020 01:04:06     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2020 01:04:04     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517974148       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jan 23 2020 01:03:28     GM Financial,
                 P.O. Box 78143,   Phoenix, AZ 85062-8143
517974149       E-mail/Text: cio.bncmail@irs.gov Jan 23 2020 01:03:23     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
518149206      +E-mail/Text: bkteam@selenefinance.com Jan 23 2020 01:03:11     VRMTG Asset Trust,
                 C/O Selene Finance, LP,    Attn: BK Dept.,    9990 Richmond Ave., Suite 400 South,
                 Houston, TX 77042-4546
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518211411*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,   Trenton, NJ 08695-0245)
                                                                                      TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2020 at the address(es) listed below:
          Jessica M. Minneci    on behalf of Debtor Jaime Mason Beady jminneci@middlebrooksshapiro.com
          Kevin Gordon McDonald    on behalf of Creditor   U.S. Bank Trust National Association, not in its
           individual capacity but solely as Owner Trustee for VRMTG Asset Trust kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Melinda D. Middlebrooks    on behalf of Debtor Jaime Mason Beady
           middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```