Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.: 19−11051−SLM
                          Chapter: 13
                          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jaime Mason Beady
   305 Main Street
   Millburn, NJ 07041

Social Security No.:
   xxx−xx−7006

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:       9/1/20
Time:      02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Middlebrooks Shapiro P.C., Debtor's Attorney,

COMMISSION OR FEES
$1,882.50

EXPENSES
$14.63

If this is a chapter 13 case, the fees and expenses awarded:

      ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 10, 2020
JAN:

                                                              Jeanne Naughton
                                                              Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 19-11051-SLM
Jaime Mason Beady                                               Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin              Page 1 of 1           Date Rcvd: Aug 10, 2020
                             Form ID: 137             Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2020.
db             +Jaime Mason Beady,    305 Main Street,    Millburn, NJ 07041-1124
cr             +VRMTG Asset Trust,    RAS Crane, LLC,    10700 Abbott's Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
517974147       American Education Services,    Payment Center,    Harrisburg, PA 17130-0001
517975773      +Christoper M. Beady,    305 Main Street,    Millburn, NJ 07041-1124
517974151      +Pluese, Becker & Saltzman, LLC,    Attorneys at Law,    20000 Horizon Way,    Suite 900,
                 Mount Laurel, NJ 08054-4318
517974150     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   NJ Division of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245)
517974152       Selene Financing LP,    Attn: Customer Service,    P.O. Box 422039,    Houston, TX 77242-4239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 11 2020 00:19:01      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 11 2020 00:18:54      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517974148       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 11 2020 00:18:34      GM Financial,
                 P.O. Box 78143,    Phoenix, AZ 85062-8143
517974149       E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 11 2020 00:18:28      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
518149206      +E-mail/Text: bkteam@selenefinance.com Aug 11 2020 00:18:24      VRMTG Asset Trust,
                 C/O Selene Finance, LP,    Attn: BK Dept.,    9990 Richmond Ave., Suite 400 South,
                 Houston, TX 77042-4546
                                                                                             TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518211411*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2020 at the address(es) listed below:
              Jessica M. Minneci    on behalf of Debtor Jaime Mason Beady jminneci@middlebrooksshapiro.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank Trust National Association, not in its
               individual capacity but solely as Owner Trustee for VRMTG Asset Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melinda D. Middlebrooks    on behalf of Debtor Jaime Mason Beady
               middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
              Sindi Mncina    on behalf of Creditor    VRMTG Asset Trust smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```