UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
middlebrooks@middlebrooksshapiro.com
Attorneys for Chapter 13 Debtor,
Jaime Mason Beady

Order Filed on September 3, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

JAIME MASON BEADY,

Chapter 13 Debtor.

Case No.: 19-11051-SLM

Chapter: 13

Judge: Meisel

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 3, 2020**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Middlebrooks Shapiro, P.C. _____, the applicant, is allowed a fee of $ _____1,882.50_____ for services rendered and expenses in the amount of $_____14.63_____ for a total of $_____1,897.13_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____----_____ per month for _____----_____ months to allow for payment of the above fee.

No modification of the Debtor's Chapter 13 Plan is necessary. Debtor retained firm and paid an initial retainer of $1,657.00 and filing fee of $310.00, with the balance of the retainer in the amount of $1,343.00 to be paid through the Chapter 13 Plan. Firm seeks payment of supplemental fees and expenses in the total sum of $1,897.13, consisting of $1,882.50 in supplemental fees and reimbursement of expenses in the sum of $14.63 to be paid outside the Chapter 13 Plan. This Order survives the dismissal or conversion of the Debtor's Chapter 13 case. This Order does not constitute a determination as to how funds on hand with the Chapter 13 Trustee shall be disbursed following dismissal or conversion of the Debtor's Chapter 13 case.

*rev.8/1/15*

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                          Case No. 19-11051-SLM
Jaime Mason Beady                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1          Date Rcvd: Sep 03, 2020
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2020.
db             +Jaime Mason Beady,    305 Main Street,    Millburn, NJ 07041-1124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2020 at the address(es) listed below:
          Jessica M. Minneci    on behalf of Debtor Jaime Mason Beady jminneci@middlebrooksshapiro.com
          Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank Trust National Association, not in its
           individual capacity but solely as Owner Trustee for VRMTG Asset Trust kmcdonald@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          Marie-Ann Greenberg     magecf@magtrustee.com
          Melinda D. Middlebrooks    on behalf of Debtor Jaime Mason Beady
           middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
          Sindi Mncina    on behalf of Creditor    VRMTG Asset Trust smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6